IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CAROLYN FARNSWORTH,

        Plaintiff,

       v.                                            Civil Action No.5:07-cv-129

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

On October 3, 2007, Carolyn Farnsworth, ["Claimant"], filed a complaint for review of Defendant's denial of her application for Social Security benefits pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1381(c)(3) and an Application for Leave to Proceed in forma pauperis. Claimant's application reveals that she is not employed. Within the past twelve months, Claimant has not received any income from business, profession or self-employment, rent payments, interests or dividends, pensions, annuities or life insurance payments, disability or workers compensation payments, gifts or inheritances, or any other source. Claimant has $3.00 in a checking account. Claimant owns the house she lives in and represents the property is worth less than $10,000. Claimant also owns a 2005 Jeep Liberty and owes more on the car than its value.

Accordingly, it is ORDERED that Claimant's October 3, 2007 Application to Proceed in forma pauperis is GRANTED. The Clerk of the Court is directed to notify the United States Marshal Service who shall serve process pursuant to Federal Rule of Civil Procedure 4(c)(2). Any recovery in this action will be subject to payment of fees and costs, including service of

process fees and the $350.00 filing fee.

DATED: October 29, 2007

                                                                           /s/ James E. Seibert  
                                                                           JAMES E. SEIBERT  
                                                                           UNITED STATES MAGISTRATE JUDGE